UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Fitzpatrick,<br><br>                     Plaintiff,<br>   v.<br><br>PHH Mortgage; and DOES 1-10, inclusive,<br><br>                     Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.: 1:15-cv-01914-KBF<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 29, 2015

                                                  Respectfully submitted,

                                                  PLAINTIFF, John Fitzpatrick

                                                  /s/ Sergei Lemberg

                                                  Sergei Lemberg, Esq. (SL 6331)
                                                  **LEMBERG LAW, L.L.C.**
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile: (203) 653-3424
                                                  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By /s/ Sergei Lemberg

                                      Sergei Lemberg