UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

John Fitzpatrick,

      Plaintiff,

v.

PHH Mortgage; and DOES 1-10, inclusive,

      Defendant.

Civil Action No.: 1:15-cv-01914-KBF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 1 2015
```

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

John Fitzpatrick ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 29, 2015

               Respectfully submitted,

               By: /s/ Sergei Lemberg
               _____

               Sergei Lemberg (SL 6331)
               Lemberg Law L.L.C.
               1100 Summer Street, 3rd Floor
               Stamford, CT 06905
               Telephone: (203) 653-2250
               Facsimile: (203) 653-3424
               Attorneys for Plaintiffs

*So ordered.*
*K.B.F.*
*USDJ*
*6/1/15*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Sergei Lemberg

Sergei Lemberg